KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACREMENTO DIVISION

| | |
|---|---|
| NANCY ARRUDA,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant. | Case # 2:15-CV-02224-CKD<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

The Plaintiff moves the court, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time to file Plaintiff's opening brief.

Counsel for the Plaintiff has been ill and unable to complete the briefing at this time. As a result, counsel for Plaintiff requires additional time to draft the opening brief. Plaintiff requests a 30-day extension of time to April 24, 2016. Plaintiff's counsel has a provisional agreement with defense counsel for this extension, however Plaintiff's counsel has not yet received final approval of the proposed stipulation provided to the Commissioner.  Should this approval be

Page 1    MOTION
         [2:15-CV-02224-CKD]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
Phone: (206) 300-9063

issued, Plaintiff's counsel requests leave from the court to amend to a Stipulated extension.

The Plaintiff moves that the Court's Scheduling Order shall be modified accordingly.

Dated March 25, 2016:         /s/ Kelsey M Brown
                              KELSEY MACKENZIE BROWN CA #263109
                              Mackenzie Legal, PLLC
                              2529 Cliffside Ln NW, H-102
                              Gig Harbor, WA 98335
                              Phone: (206) 300-9063

                              Attorney for Plaintiff

ORDER

The Court adopts the Plaintiff's motion as outlined above. Plaintiff's opening brief is now due on April 24, 2016. The Court's Scheduling Order (Doc. 6) is modified accordingly.

Dated:  March 31, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Page 2    MOTION
          [2:15-CV-02224-CKD]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
Phone: (206) 300-9063