KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACREMENTO DIVISION

| | |
|---|---|
| NANCY ARRUDA,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant. | Case # 2:15-CV-02224-CKD<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a second extension of time to file Plaintiff's opening brief.

Counsel for the Plaintiff has been in urgent care very ill and unable to complete the briefing at this time. Additionally, counsel is a sole practitioner and has no additional attorneys to help her at this time. As a result, counsel for Plaintiff requires additional time to draft the opening brief. Plaintiff requests a 30-day extension of time to May 25, 2016.

Page 1    MOTION
          [2:15-CV-02224-CKD]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
Phone: (206) 300-9063

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated April 25, 2016:   /s/ Kelsey M Brown
KELSEY MACKENZIE BROWN CA #263109
Mackenzie Legal, PLLC
2529 Cliffside Ln NW, H-102
Gig Harbor, WA 98335
Phone: (206) 300-9063

Attorney for Plaintiff

Dated April 25, 2016:   s/ KELSEY M. BROWN for Lara Bradt
LARA BRADT
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's opening brief is now due on May 25, 2016. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED.

Dated:  April 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Page 2   MOTION
[2:15-CV-02224-CKD]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
Phone: (206) 300-9063