BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
LARA A. BRADT, CSBN 289036
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8921
    Facsimile: (415) 744-0134
    Email: lara.bradt@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| NANCY ARRUDA,<br><br>    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-CV-02224-CKD<br><br>STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE |

    The parties stipulate through counsel to extend the time by 30 days—from June 24, 2016 to July 25, 2016—for Defendant to file her responsive brief.

    Counsel for Defendant requires additional time to respond to Plaintiff's arguments because counsel has one mediation and five summary judgment motions due within the next four weeks, in addition to several other upcoming deadlines. This is Defendant's first request for an extension.

Stip. for Extension of Briefing Schedule, No. 2:15-CV-02224-CKD

1  Date:  June 22, 2016                    BENJAMIN B. WAGNER
                                           United States Attorney
2                                          DEBORAH LEE STACHEL
                                           Regional Chief Counsel, Region IX
3                                          Social Security Administration

4                                    By: */s/ Lara A. Bradt*
5                                          LARA A. BRADT
                                           Special Assistant United States Attorney
6                                          Attorneys for Defendant

7  Date:  June 22, 2016                    MACKENZIE LEGAL, PLLC
8
                                     By: */s/Kelsey M. Brown*/
9                                          KELSEY M. BROWN
                                           *as authorized by email on Jun. 21, 2016
10                                         Attorney for Plaintiff

11 IT IS SO ORDERED:

12
13 Dated:  June 23, 2016

14                                         _____
15                                         CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE

Stip. for Extension of Briefing Schedule, No. 2:15-CV-02224-CKD

-2-