BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
LARA A. BRADT, CSBN 289036
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8921
    Facsimile: (415) 744-0134
    Email: lara.bradt@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| NANCY ARRUDA, | ) No. 2:15-CV-02224-CKD |
| | ) |
| Plaintiff, | ) STIPULATION FOR EXTENSION OF |
| | ) BRIEFING SCHEDULE |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The parties stipulate through counsel to extend the time by 30 days—from July 25, 2016 to August 24, 2016—for Defendant to file her responsive brief.  Defendant's counsel requests this extension in order to allow time to explore further the possibility of settling this matter.  This is Defendant's second extension request.

Date:  *July 25, 2016*        BENJAMIN B. WAGNER
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                              By: */s/ Lara A. Bradt*
                                  LARA A. BRADT
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

1

Date: <u>July 25, 2016</u>   MACKENZIE LEGAL, PLLC
2529 Cliffside Ln. NW, H-102
Gig Harbor, WA  98335

By: <u>/s/ Kelsey M. Brown*</u>
*as authorized by email on Jul. 25, 2016
Kelsey Mackenzie Brown
Attorney for Plaintiff

IT IS SO ORDERED:

Dated:  July 27, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE