PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LARA A. BRADT, CSBN 289036
Special Assistant United States Attorney
  Social Security Administration
  160 Spear St., Suite 800
  San Francisco, CA  94105
  Telephone: (415) 977-8921
  Facsimile: (415) 744-0134
  Email: lara.bradt@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| NANCY ARRUDA,<br><br> Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br> Defendant. | ) No. 2:15-CV-02224-CKD<br>)<br>) STIPULATION AND ~~PROPOSED~~ ORDER<br>) OF REMAND PURSUANT TO SENTENCE<br>) FOUR OF 42 U.S.C. § 405(g), AND<br>) REQUEST FOR ENTRY OF JUDGMENT<br>) IN FAVOR OF PLAINTIFF AND<br>) AGAINST DEFENDANT<br>)<br>) |

 IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

 Upon the Court's remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ to re-evaluate the medical opinion evidence and provide reasons for the weight given to such evidence.

Stip. for Prop. Order of Remand, No. 2:15-CV-02224-CKD

1    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: _Aug. 15, 2016_           PHILLIP A. TALBERT
                                Acting United States Attorney
                                DEBORAH LEE STACHEL
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                         By: _/s/ Lara A. Bradt_
                                LARA A. BRADT
                                Special Assistant United States Attorney
                                Attorneys for Defendant

Date: _Aug. 15, 2016_           MACKENZIE LEGAL, PLLC
                                2529 Cliffside Ln. NW, H-102
                                Gig Harbor, WA  98335

                         By: _/s/ Kelsey M. Brown*_
                                *as authorized by email on Aug. 4, 2016
                                Kelsey Mackenzie Brown
                                Attorney for Plaintiff

IT IS SO ORDERED:

Dated:  August 16, 2016

                                               _____
                                               CAROLYN K. DELANEY
                                               UNITED STATES MAGISTRATE JUDGE

Stip. for Prop. Order of Remand, No. 2:15-CV-02224-CKD